NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 28 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIEGO RIVERA VALENCIA, | No. 18-56310 |
| Plaintiff-Appellant, | D.C. No. 3:18-cv-01261-WQH-NLS |
| v. | |
| JOHN FOREST WEIS I, District Attorney of the State of California, County of Imperial Valley, individual; GILBERT G. OTERO, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted August 19, 2019**

Before:    SCHROEDER, PAEZ, and HURWITZ, Circuit Judges.

Diego Rivera Valencia appeals pro se from the district court's judgment

dismissing his 42 U.S.C. § 1983 action alleging federal and state law claims related

to his proceedings in a criminal case.  We have jurisdiction under 28 U.S.C.

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1291.  We affirm.

In his opening brief, Valencia fails to address the district court's grounds for dismissal.  Therefore, Valencia has waived his challenge to the district court's dismissal order.  *See Greenwood v. FAA*, 28 F.3d 971, 977 (9th Cir. 1994) ("We will not manufacture arguments for an appellant, and a bare assertion does not preserve a claim . . . .").

**AFFIRMED.**

18-56310